1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC DeEDWIN ZANDERS,

        Plaintiff,

   v.

CITY OF TACOMA POLICE
DEPARTMENT, et al.,

        Defendant.

Case No. C04-5141FDB

ORDER DENYING MOTIONS AND
TERMINATING MOTIONS
DEADLINES

This matter is before the Court on various motions filed by Plaintiff Eric DeEdwin Zanders following the close of this case. Plaintiff's claims against Defendants were dismissed with prejudice and Judgment entered in favor of Defendants on October 28, 2004. (Dkt # 44) Since that time, Plaintiff has filed a motion to vacate (Dkt #47), motion for leave to proceed IFP (Dkt #49), a motion to withdraw motion to vacate (Dkt #53), and by email, directed the Clerk of the Court to "remove" this case to Pierce County, Washington. Plaintiff is directed to discontinue filing documents in this closed case.

ACCORDINGLY,

IT IS ORDERED:

(1)     Plaintiff's motions to vacate (Dkt #47) and for leave to proceed IFP (Dkt #49) are

        **DENIED** as moot, and

ORDER - 1

1    (2)    Plaintiff is directed to discontinue filings in this case.

2

3    DATED this 9th day of August, 2005.

4

5                                        _____

6                                        FRANKLIN D. BURGESS
                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2